(A) THE PEOPLE OF THE STATE OF NEW YORK v. HORACE SWEET. (B) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES HUNTLEY. (C) THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY PUGH. (D) THE PEOPLE OF THE STATE OF NEW YORK v. TONI FLITMAN. (E) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN WESLEY SAWYER.— [In each action] Enlargement of time granted. Concur — Breitel, J. P., Rabin, Valente, Stevens and Eager, JJ.